| | |
|---|---|
| DISTRICT COURT, DOUGLAS COUNTY, COLORADO<br>4000 JUSTICE WAY, SUITE 2009<br>CASTLE ROCK, CO 80109 | DATE FILED: August 3, 2017 2:39 PM<br>FILING ID: 2B6F1D975ADD5<br>CASE NUMBER: 2017CV30737 |
| **Plaintiff:**  ACP STORM REPAIR, LLC<br><br>v.<br><br>**Defendant:**  AMERICAN FAMILY INSURANCE COMPANY, S.I. | ▲COURT USE ONLY▲ |
| Attorneys for Plaintiff<br>John Scott Black, No. 50440<br>Daly & Black, P.C.<br>2211 Norfolk Street, Suite 800<br>Houston, TX 77098<br>Phone Number:   (713) 655-1405<br>Fax Number:      (713) 655-1587<br>Email:                 jblack@dalyblack.com<br>                           ecfs@dalyblack.com | Case Number:<br><br>Division:<br><br>Courtroom: |
| **ORIGINAL COMPLAINT AND JURY DEMAND** ||

COMES NOW Plaintiff ACP Storm Repair, LLC ("ACP"), by and through his attorneys, Daly & Black, P.C., and for its original complaint against American Family Mutual Insurance Company, S.I. ("American Family"), alleges as follows:

### GENERAL ALLEGATIONS

1. Larry and Marion Hedquist were insured by American Family at all times described in this Complaint.

2. The Hedquists are the owners of the subject property located at 205 S. Cherry St., Castle Rock, CO 80104, (the "Property"). The Hedquists are the beneficiaries of a property insurance policy covering the Property issued by American Family (the "Policy").

1

**Exhibit A**

3.  Venue is proper in this district pursuant to C.R.C.P. 98 because the Hedquists were residents of Douglas County at all times relevant to this case; all activities alleged herein occurred in Douglas County; and American Family is licensed to transact business in the State of Colorado.

4.  All of the acts described in this Complaint occurred in the State of Colorado under Colorado law, and involve an insurance policy governed by Colorado law.

5.  On or about June 5, 2014, a wind and hail storm struck the Castle Rock, Colorado, area. During the course of the storm, the Hedquists' property was severely damaged. Specifically, the roof to the Hedquists' home was damaged.

6.  The roof and other property needed to be replaced in its entirety.

7.  The Hedquists filed a claim with their insurance company. American Family assigned the claim to an adjuster. The adjuster agreed to pay the claim. The Hedquists hired ACP to perform the work. ACP performed the work in its entirety, replacing the roof and other items. American Family wrongfully refused to issue payment sufficient to fully repair the damage the storm caused to the Property, failed to address significant areas of damage to the Property, made payments on property damage that it did pay for unreasonably late, and failed to provide adequate payment for all coverage implicated in the loss.

8.  American Family wrongfully and unreasonably failed to pay the entire claim for repairs to the Property even though the Policy provided coverage for losses such as those suffered by the Hedquists. American Family also unreasonably delayed the payments that it did make.

9.  American Family failed to perform its contractual duties to adequately compensate the Hedquists under the terms of the Policy. Specifically, American Family refused to pay the full proceeds of the Policy, although due demand was made for proceeds to be paid in an amount sufficient to cover the damaged property and all conditions precedent to recovery upon the Policy

2

had been carried out and accomplished by the Hedquists. Consequently, ACP was not fully paid for the job by the Hedquists or American Family. American Family's conduct constituted a breach of the insurance contract between American Family and the Hedquists, and a breach of the Colorado bad faith statute, C.R.S. 10-3-1115 AND 1116 with regard to ACP.

**PLAINTIFF'S CLAIM FOR RELIEF**
**(VIOLATION OF C.R.S. 10-3-1115 AND 1116)**

10. ACP realleges and incorporates by reference allegations 1-9 of this Complaint as if fully set forth herein.

11. At all times pertinent hereto, the following statute of the state of Colorado was in effect:

**10-3-1115. Improper denial of claims – prohibited – definitions – severability.**

(1) (a) A person engaged in the business of insurance shall not unreasonably delay or deny payment of a claim for benefits owed to <u>or on behalf of</u> any first-party claimant.

12. The phrase, "on behalf of any first-party claimant" includes Contractors under Colorado law, and C.R.S. §10-3-1116 provides a remedy for such denial or delay of payments in the form of the amount owed, plus "reasonable attorney fees, court costs, and two times the covered benefit."

13. American Family has unreasonably denied or delayed payment to ACP in violation of C.R.S. §10-3-1115.

14. American Family is subject to the provisions of C.R.S. §10-3-1116 for the damages, double damages, court costs, and attorney fees in addition to those claimed elsewhere in this Complaint.

**PRAYER FOR RELIEF**

WHEREFORE, ACP prays for damages against American Family as follows:

1. Double damages, court costs, and reasonable attorneys' fees incurred in prosecuting this action pursuant to C.R.S. §10-3-1116;

2. An award of pre-judgment interest, costs, and attorneys' fees anywhere applicable; and

3. Such other and further relief as this Court may deem just, equitable or proper.

**A JURY IS DEMANDED AS TO ALL ISSUES HEREIN.**

Respectfully submitted August 3, 2017.

/s/ John Scott Black
John Scott Black, No. 50440
Daly & Black, P.C.
2211 Norfolk Street, Suite 800
Houston TX 77098
Phone Number: 713-655-1405
Fax Number: 713-655-1587
jblack@dalyblack.com
ecfs@dalyblack.com

Address of Plaintiffs:
7931 S. Broadway #218
Littleton, CO 80122

4